UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BUTLER-ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SPIRIT AIRLINES, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-02761-JST<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE**<br><br>Re: ECF No. 23 |

Since Plaintiff has not demonstrated good cause for a two-week extension of her deadline to file an opposition brief, the motion is denied. Plaintiff's opposition brief is due August 29, and Defendants must file any reply by September 5.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
JON S. TIGAR
United States District Judge