**JENNIFER R. SNYDER**
**Law Offices of Jennifer R. Snyder (SBN: 2828585)**
39675 Cedar Boulevard, Suite 250
Newark, CA 94560
(510) 573-1043 Telephone
(510) 573-3156 Fax

Attorney for Plaintiff, **Cheryl Butler-Adams**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BUTLER-ADAMS,<br><br>   Plaintiff,<br><br>   vs.<br><br>SPIRIT AIRLINES, INC., DAL GLOBAL SERVICES, INC., and DOES ONE through ONE HUNDRED, inclusive,<br><br>   Defendant.<br>_____ | CASE NO. 3:14-CV-02761 JST<br><br>**DECLARATION OF JENNIFER R. SNYDER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

I, Jennifer R. Snyder, do hereby swear or affirm under oath as follows:

1. I am a licensed attorney in California and am lead counsel on behalf of Plaintiff in the present case.

2. Defendant, Spirit Airlines, has filed a detailed motion to dismiss each and every count of plaintiff's complaint at law based on multiple legal theories.

**DECLARATION OF JENNIFER R. SNYDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SPIRIT AIRLINES' MOTION TO DISMISS**
Page **1** of **2**

3. There is good cause for this application and Motion as Plaintiff's response to Defendant, Spirit Airlines' Motion to Dismiss was due on the date this motion was filed, August 29, 2014.

4. Rather than file a written response to Defendant's Motion to Dismiss, Plaintiff has prepared a First Amended Complaint in an attempt to remedy any defects in her pleadings so that the Complaint can withstand Defendant's Motion to Dismiss.

5. Plaintiff has attached a copy of her Proposed First Amended Complaint to her Motion for Leave to File First Amended Complaint, as Exhibit A.

I, Jennifer R. Snyder, declare under penalty of perjury, under the laws of the State of California, that the foregoing statements and representations are truthful and accurate to the best of my ability.

*/s/ Jennifer R. Snyder*                                                                            Dated: *August 29, 2014*
Signature
Jennifer R. Snyder