UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BUTLER-ADAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPIRIT AIRLINES, INC., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02761-JST<br><br>**ORDER 1) GRANTING STIPULATION TO DISMISS SPIRIT AIRLINES 2) TERMINATING MOTION TO DISMISS AS MOOT AND 3) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Re: ECF Nos. 16, 29, 37 |

　　　　The Court hereby GRANTS the parties' stipulation to voluntarily dismiss Spirit Airlines. ECF No. 37.  The Court hereby terminates the motion to dismiss filed by Spirit Airlines, ECF No. 16, as moot.

　　　　The Court also GRANTS plaintiff's motion to file a First Amended Complaint, ECF No. 29, as that motion is now unopposed.

　　　　**IT IS SO ORDERED.**

Dated: September 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge