1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERYL BUTLER-ADAMS,

        Plaintiff,

   v.

DAL GLOBAL SERVICES, LLC,

        Defendant.

Case No.  14-cv-02761-JST

**ORDER AMENDING CASE SCHEDULE**

In response to the parties' letter at ECF No. 46, the Court hereby amends the case deadlines as follows:

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | 9/5/15 |
| Expert disclosures | 9/26/15 |
| Expert rebuttal | 10/17/15 |
| Expert discovery cut-off | 10/31/15 |
| Deadline to file dispositive motions | 11/21/15 |
| Pretrial conference statement due | 12/3/15 |
| Pretrial conference | 3/18/16 at 2:00 p.m. |
| Trial | 4/11/16 at 8:30 a.m. |
| Estimate of trial length (in days) | Seven |

1    Counsel may not modify these dates without leave of court.  The parties shall comply with

2    the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

3    The parties must take all necessary steps to conduct discovery, compel discovery, hire

4    counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

5    manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their

6    calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

7    Trial dates set by this Court should be regarded as firm.  Requests for continuance are

8    disfavored.  The Court will not consider any event subsequently scheduled by a party, party-

9    controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

10    a continuance.  The Court will not consider the pendency of settlement discussions as good cause

11    to grant a continuance.

12    IT IS SO ORDERED.

13    Dated:  March 18, 2015.

14

15    _____
       JON S. TIGAR
16    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California