1  SEYFARTH SHAW LLP
   Laura Maechtlen (SBN 224923)
2  lmaechtlen@seyfarth.com
   Chantelle C. Egan (SBN 257938)
3  cegan@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:    (415) 397-2823
5  Facsimile:    (415) 397-8549

6  Attorneys for Defendant
   DAL GLOBAL SERVICES, LLC
7

8  KAUPP & FEINBERG, LLP
   W. Gordon Kaupp (SBN 226141)
9  gordon@kauppfeinberg.com
   Beth Feinberg (SBN 240857)
10 beth@kauppfeinberg.com
   870 Market Street, Suite 646
11 San Francisco, CA 94102
   Telephone:    415-896-4588
12 Facsimile:    415-294-9127

13 Attorneys for Plaintiff
   CHERYL BUTLER-ADAMS

14

15

16                       UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18

19 | CHERYL BUTLER-ADAMS,                          | Case No. 14-CV-02761-JST

20 |            Plaintiff,                          | **AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE**

21 |     v.                                         | **DISCOVERY AND PRETRIAL CONFERENCE STATEMENT DATES**

22 | SPIRIT AIRLINES, INC., DAL GLOBAL
   | SERVICES, INC., and DOES ONE through ONE
23 | HUNDRED, inclusive,

24 |            Defendants.

25

26

27

28

AMENDED JT. STIPULATION & [PROPOSED] ORDER  / CASE NO. 14-CV-02761-JST

Plaintiff CHERYL BUTLER-ADAMS and Defendant DAL GLOBAL SERVICES LLC, by and through their respective counsel, hereby submit this amended stipulation to correct Docket Number 50 as follows:

1. The trial date currently set for this matter is April 11, 2016, with a pretrial conference set for March 18, 2016.

2. The deadline to file a dispositive motion is November 23, 2015.

3. The current fact discovery cut-off is September 8, 2015.

4. The current expert discovery cut-off is October 31, 2015, with initial expert disclosures due on September 28, 2015 and expert rebuttal disclosures due on October 19, 2015.

5. As currently scheduled, the close of discovery is over five months before trial, and the pretrial conference is more than three and half months before the pretrial conference.

6. Following Plaintiff's initial day of deposition in June 2015, the parties collegially commenced meet and confer efforts regarding outstanding discovery, as well as engaged in settlement negotiations.  Due to these ongoing discussions, the parties agreed to postpone Plaintiff's requested depositions until August 2015.

7. Plaintiff now seeks the depositions of nine individuals, five of which are in the current employ of Defendant.  Three of the remaining four deponents are employees of Spirit Airlines, a formerly named defendant in this matter who was dismissed in October 2014.  Through no fault of the parties, scheduling these depositions has proven difficult due to the need to coordinate multiple witnesses and counsel, some of whom are located in Georgia and Florida.

8. To provide the parties sufficient time to pursue fact discovery prior to the deadline to file dispositive motions, the parties mutually agree and stipulate to continue the fact discovery cut-off in this matter to October 16, 2015.

9. Due to the extension of fact discovery, the parties further stipulate to continue the expert discovery deadlines and the deadline to submit a pretrial statement, as set forth in the chart attached hereto as **Exhibit A**.

10. None of these agreed upon extensions will alter the dispositive motion deadline, the pretrial conference date, or the trial date.

11.     Therefore, the parties stipulate to the amended case schedule, as set forth in **Exhibit A**.

**IT IS SO STIPULATED.**

DATED: September 1, 2015                    Respectfully submitted,

                                                              SEYFARTH SHAW LLP

                                                              By: /s/ Chantelle C. Egan
                                                                   Laura Maechtlen
                                                                   Chantelle C. Egan
                                                                   Attorneys for Defendant
                                                                   DAL GLOBAL SERVICES, LLC

DATED: September 1, 2015                    Respectfully submitted,

                                                              KAUPP & FEINBERG LLP

                                                              By: /s/ W. Gordon Kaupp
                                                                 W. Gordon Kaupp
                                                                 Beth Feinberg
                                                                 Attorneys for Plaintiff
                                                                 CHERYL BUTLER-ADAMS

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Chantelle C. Egan, attest that concurrence in the filing of this document has been obtained from the signatory W. Gordon Kaupp.

Executed this 1st day of September, 2015 in San Francisco, California.

                                                          By:   /s/ Chantelle C. Egan
                                                               Chantelle C. Egan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**EXHIBIT A**

| Event | Prior Operative Deadline | Requested New Operative Deadline |
|---|---|---|
| Fact discovery cut-off | 9/8/15 | 10/16/15 |
| Expert disclosures | 9/28/15 | 12/10/15 |
| Expert rebuttal | 10/19/15 | 12/31/15 |
| Expert discovery cut-off | 10/31/15 | 1/15/16 |
| Deadline to file dispositive motions | 11/23/15 | 11/23/15 |
| Pretrial conference statement due | 12/7/15 | 2/18/16 |
| Pretrial conference | 3/18/16 at 2 p.m. | 3/18/16 at 2 p.m. |
| Trial | 4/11/16 at 8:30 a.m. | 4/11/16 at 8:30 a.m. |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, this Court ORDERS that the foregoing stipulation is binding. The Court hereby amends the case deadlines as follows:

| Event | Prior Operative Deadline | New Operative Deadline |
|---|---|---|
| Fact discovery cut-off | 9/8/15 | 10/16/15 |
| Expert disclosures | 9/28/15 | 12/10/15 |
| Expert rebuttal | 10/19/15 | 12/31/15 |
| Expert discovery cut-off | 10/31/15 | 1/15/16 |
| Deadline to file dispositive motions | 11/23/15 | 11/23/15 |
| Pretrial conference statement due | 12/7/15 | 2/18/16 |
| Pretrial conference | 3/18/16 at 2 p.m. | 3/18/16 at 2 p.m. |
| Trial | 4/11/16 at 8:30 a.m. | 4/11/16 at 8:30 a.m. |

This Order supersedes the Court's prior scheduling order, reflected in Docket Number 51.

**IT IS SO ORDERED.**

Dated: September 2, 2015



Hon.
United

IT IS SO ORDERED
Judge Jon S. Tigar