UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERYL BUTLER-ADAMS,

    Plaintiff,

  v.

DAL GLOBAL SERVICES, LLC,

    Defendant.

Case No. 14-cv-02761-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 54

The parties have filed a stipulation of dismissal dated November 12, 2015, stating that they have agreed to a settlement of this action.  ECF No. 54.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This case has been dismissed with prejudice.

Pursuant to the parties' stipulation, the Court will retain jurisdiction over this case for the enforcement of the underlying settlement agreement.

IT IS SO ORDERED.

Dated: November 16, 2015

                              JON S. TIGAR
                          United States District Judge